IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § | |
| | § | |
| Plaintiff, | § | CAUSE NO.: 4:11-cv-0122 |
| | § | |
| v. | § | |
| | § | |
| GENERAL MOTORS LLC, | § | |
| ET AL. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Rydex, Ltd., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all claims against Defendant General Motors LLC in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**LICENSE AND SETTLEMENT AGREEMENT**" and dated April 20, 2011, with each party to bear its own costs, expenses and attorneys fees. General Motors LLC has not served an answer.

DATED:  April 28, 2011

                Respectfully submitted,

                /s/ Stephen F. Schlather
                Stephen F. Schlather
                Texas Bar No. 24007993
                COLLINS, EDMONDS & POGORZELSKI, PLLC
                1616 S. Voss Rd., Suite 125
                Houston, Texas 77057
                (713) 364-2371 – Telephone
                (832) 415-2535 – Facsimile

                Edward W. Goldstein – Lead Attorney
                Texas Bar No. 08099500
                GOLDSTEIN & VOWELL, L.L.P
                1177 West Loop South, Suite 400
                Houston, Texas  77027
                (713) 877-1515 – Telephone
                (713) 877-1737 – Facsimile

                *ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 28, 2011.  Any other counsel of record will be served by first class U.S. mail.

                /s/ Stephen F. Schlather_____
                Stephen F. Schlather