**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RYDEX, LTD. | § | |
| | § | |
| Plaintiff, | § | CAUSE NO.: 4:11-cv-0122 |
| | § | |
| v. | § | |
| | § | |
| GENERAL MOTORS LLC, | § | |
| ET AL. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**ORDER**

Pursuant to Rydex Ltd.'s Notice of Dismissal With Prejudice and Rule 41 of the Federal Rules of Civil Procedure, all claims against Defendant General Motors LLC in the above-entitled action are dismissed with prejudice. Each party shall pay its own costs and fees.

SO ORDERED this ____ day of _____, 2011.