IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYDEX, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORD MOTOR COMPANY; )<br>CHRYSLER GROUP LLC; TOYOTA )<br>MOTOR SALES, USA, INC.; )<br>AMERICAN HONDA MOTOR CO., )<br>INC.; NISSAN NORTH AMERICA, )<br>INC.; MERCEDES-BENZ USA, LLC; )<br>BMW OF NORTH AMERICA, LLC; )<br>KIA MOTORS AMERICA, INC.; )<br>HYUNDAI MOTOR AMERICA; )<br>MAZDA MOTOR OF AMERICA, INC.; )<br>MITSUBISHI MOTORS NORTH )<br>AMERICA, INC.; SAAB CARS )<br>NORTH AMERICA, INC.; )<br>SUBARU OF AMERICA, INC.; )<br>and AMERICAN SUZUKI MOTOR )<br>CORP. )<br>)<br>Defendants, )<br>_____)<br>)<br>TOYOTA MOTOR SALES, U.S.A., )<br>INC. and SUBARU OF AMERICA, INC.,)<br>)<br>Counterclaim Plaintiffs, )<br>)<br>v. )<br>)<br>RYDEX, LTD. and MICHAEL C. RYAN )<br>)<br>Counterclaim Defendants. )<br>_____) | Civil Action No. 4:11-cv-00122<br><br>JURY TRIAL DEMANDED |

**TOYOTA MOTOR SALES, USA, INC., SUBARU OF AMERICA, INC. AND MITSUBISHI MOTORS NORTH AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OF CLAIM CONSTRUCTION AND NON-INFRINGEMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Toyota Motor Sales, USA, Inc., Subaru of America, Inc. and Mitsubishi Motors North America, Inc. hereby move for summary judgment for interpretation of certain terms of claims 21-22 and 35-40 of U.S. Pat. No. 5,204,819 and for a finding of non-infringement as a result of the proper interpretation of those terms.

OF COUNSEL:
Steven P. Weihrouch
Richard D. Kelly
Robert C. Mattson
Eric W. Schweibenz
John F. Presper
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

David J. Beck
Federal Bar No. 919
State Bar No. 00000070
Michael E. Richardson
Federal Bar No. 23630
State Bar No. 24002838
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney St. Suite 4500
Houston, Texas 77010-2010
(713) 951-3700

*Attorneys for Defendants Toyota Motor Sales, USA, Inc. and Subaru of America, Inc.*

OF COUNSEL:
Charles Gorenstein
(Admitted *Pro Hac Vice*)
cg@bskb.com
Ali M. Imam
(Admitted *Pro Hac Vice*)
ami@bskb.com
BIRCH STEWART KOLASCH &
BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22042
Ph. (703) 205-8000 Main
Fax (703) 205-8050 Fax

Jesse R. Pierce
State Bar No. 15995400
Federal Bar No. 472
*Attorney in Charge*
jrpierce@jrp-assoc.com
J. Chad Newton
State Bar No. 24041584
Federal Bar No. 37781
cnewton@jrp-assoc.com
JESSE R. PIERCE & ASSOCIATES, P.C.
4203 Montrose Blvd
Houston, TX 77006
(713) 634-3606 Direct
(713) 634-3600 Main
(713) 634-3601 Fax

*Attorneys for Defendant Mitsubishi Motors North America, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule LR5.1. As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule LR5.1. Pursuant to Fed.R.Civ.P.5(d) and Local Rule LR5.1, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 23rd day of June 2011.

                                                              */s/ Michael E. Richardson*
                                                              Michael E. Richardson