IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYDEX, LTD.,<br><br>      Plaintiff,<br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>      Defendants. | Case No. 4:11-CV-00122<br><br>**JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

  IT IS HEREBY ORDERED that after consultation with the parties, the following schedule will apply in this case:

| | | |
|---|---|---|
| 1 | 12/20/2011 | **Comply with P.R. 3-1 and P.R. 3-2**: Parties to make disclosure of asserted claims and preliminary infringement contentions & make document production.<br>*After this date,* it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7.<br>**Join additional parties.** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties.<br>**Add new patents and/or claims** for patents-in-suit. It is not necessary to file a motion to add additional patents or claims before this date. Thereafter, it is necessary to obtain leave of court to add patents or claims. |
| 2 | 2/21/2012 | Comply with P.R. 3-3 and 3-4: **Parties to serve preliminary invalidity contentions** and make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R.. 3-7. |

|   |   |   |
|---|---|---|
|   |   | Add any **inequitable conduct allegations** to pleadings. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| 3 | 3/6/2012 | Comply with P.R. 4-1: **Parties' exchange of proposed terms and claim elements needing construction.** |
| 4 | 3/27/2012 | Comply with P.R. 4-2: **Parties' exchange of preliminary claim constructions and extrinsic evidence.** **Privilege Logs** to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 5 | 4/24/2012 | Deadline to comply with P.R. 4-3: **Filing of joint claim construction and pre-hearing statement.** **Disclosure of parties' claim construction experts** & service of FED. R. CIV. P. 26(a)(2) materials |
| 6 | 4/24/2012 | Deadline for all parties to file amended pleadings (pre-claim construction). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. (It will be necessary to file a Motion for Leave to Amend after this deadline.) NOTE: If the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made pursuant to P.R. 3-7 irrespective of whether the amendment is made prior to this deadline. |
| 7 | 5/29/2012 | Each party to provide name, address, phone number, and curriculum vitae for up to three (3) candidates for a **court-appointed special master** (*see* FED. R. CIV. P. 53) **or court-appointed expert** (*see* FED. R. EV. 706), with information regarding the nominee's availability for *Markman* hearing or other assignments as deemed necessary by the court. The parties shall indicate if they agree on any of the nominees. |
| 8 | 5/29/2012 | Deadline for parties (optional) to provide Court with **written tutorials concerning technology involved in patent in issue.** If a special master or court-appointed expert is hereafter selected, the |

| | | |
|---|---|---|
| | | parties will provide each tutorial to the master or expert. |
| 9 | 5/8/2012 | **Responses to amended pleadings due.** |
| 10 | 5/15/2012 | **Discovery deadline on claim construction issues** (*see* P.R. 4-4) |
| 11 | 6/20/2012 | Comply with P.R. 4-5(a): **the party claiming patent infringement must serve and file a Claim Construction Opening Brief** with its supporting evidence. The moving party is to provide the Court with 2 copies of the binders containing their Opening Brief and exhibits. If a special master or court-appointed expert has been appointed, the moving party must provide the Opening Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 12 | 6/20/2012 | Comply with P.R. 4-5(b): **Responsive Brief and supporting evidence due to party claiming patent infringement.** The moving party is to provide the Court with two (2) courtesy copies of the Responsive Brief and exhibits. If a special master or court-appointed expert has been appointed, the nonmoving party must supply a copy of its Response on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 13 | 7/1/2012 | Comply with P.R. 4-5(c): **Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction.** The moving party is to provide the Court with two (2) copies of the Reply Brief and exhibits.<br><br>If a special master or court-appointed expert has been appointed, the moving party must provide the Reply Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert.<br><br>Parties to file a **notice** with the Court stating the **estimated amount of time** requested for the Claim Construction (*Markman*) Hearing. The Court will notify the parties if it is unable to accommodate this request. |
| 14 | 7/10/2012 | Parties to submit **Claim Construction Chart** in WordPerfect 8.0 (or higher) format in compliance with P.R. 4-5(d). |
| 15 | 7/13/2012 | **Claim Construction (*Markman*) Hearing at ____ _.m. at the United States District Court, 515 Rusk Street, Courtroom 9-A, Houston, Texas** |

| 16 | 9/18/2012 | **Court's Decision on Claim Construction** (*Markman* Ruling) <br> *(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)* |
|----|-----------|---|

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 9th day of September, 2011, at Houston, Texas.

                                                   **VANESSA D. GILMORE**
                                            **UNITED STATES DISTRICT JUDGE**