IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § | |
| | § | |
| Plaintiff, | § | CAUSE NO.: 4:11-cv-0122 |
| | § | |
| v. | § | |
| | § | |
| GENERAL MOTORS LLC, | § | |
| ET AL. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff Rydex, Ltd., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all claims against Defendant American Suzuki Motor Corporation in this action WITH PREJUDICE, in accordance with the terms of that certain agreement entitled "**LICENSE AND SETTLEMENT AGREEMENT**" and dated September 23, 2011, with each party to bear its own costs, expenses and attorneys fees. American Suzuki Motors Corporation has not served an answer.

October 10, 2011      Respectfully submitted,

/s/ Stephen F. Schlather
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
(713) 364-2371 – Telephone
(832) 415-2535 – Facsimile

1

>Edward W. Goldstein – Lead Attorney
>Texas Bar No. 08099500
>GOLDSTEIN & LIPSKY, PLLC
>1177 West Loop South, Suite 400
>Houston, Texas  77027
>(713) 877-1515 – Telephone
>(713) 877-1737 – Facsimile
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 10, 2011.  Any other counsel of record will be served by first class U.S. mail.

>/s/ Stephen F. Schlather
>Stephen F. Schlather