IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYDEX, LTD.<br>    v.<br><br>FORD MOTOR COMPANY,<br>ET AL. | NO. 4:11-cv-0122<br><br>JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Rydex, LTD., and defendants, Hyundai Motor America and Kia Motors America, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**LICENSE AND SETTLEMENT AGREEMENT**" and dated October 17, 2011, with each party to bear its own costs, expenses and attorneys fees.

November 15, 2011                                             Respectfully submitted,

| | |
|---|---|
| /s/ Gene W. Lee | /s/ Stephen F. Schlather |
| R. Paul Yetter | Stephen F. Schlather |
| State Bar No. 22154200 | Texas Bar No. 24007993 |
| Attorney-in-Charge | COLLINS, EDMONDS & POGORZELSKI, PLLC |
| Thomas M. Morrow | |
| State Bar No. 24039076 | 1616 S. Voss Rd., Suite 125 |
| YETTER COLEMAN LLP | Houston, Texas 77057 |
| 909 Fannin, Suite 3600 | (713) 364-2371 – Telephone |
| Houston, Texas 77010 | (832) 415-2535 – Facsimile |
| Telephone: (713) 632-8000 | |
| Facsimile: (713) 632-8002 | Edward W. Goldstein – Lead Attorney |
| Email: pyetter@yettercoleman.com | Texas Bar No. 08099500 |
| Email: tmorrow@yettercoleman.com | Alisa A. Lipski |
| | Texas Bar No. 24041345 |
| Gene W. Lee | GOLDSTEIN & VOWELL, L.L.P |
| New York Bar No. 2564284 | 1177 West Loop South, Suite 400 |
| Stuart W. Yothers | Houston, Texas  77027 |
| New York Bar No. 4355467 | (713) 877-1515 – Telephone |
| J. Karen Sum-Ping | (713) 877-1737 – Facsimile |
| New York Bar No. 4729737 | |
| ROPES & GRAY LLP | *ATTORNEYS FOR PLAINTIFF* |
| 1211 Avenue of the Americas | |

New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email:  gene.lee@ropesgray.com
Email:  stuart.yothers@ropesgray.com
Email:  karen.sum-ping@ropesgray.com

*ATTORNEYS FOR DEFENDANTS HYUNDAI MOTOR AMERICA AND KIA MOTORS AMERICA, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| November 15, 2011 | /s/ Stephen F. Schlather |
| | Stephen F. Schlather |