IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 4:11-CV-00122 |
| FORD MOTOR COMPANY, ET AL., | | |
| Defendants. | | |

## I.     ORDER GRANTING JOINT AGREED MOTION TO MODIFY SCHEDULING ORDER DEADLINES

Having read and considered the parties' Joint Agreed Motion to Modify Scheduling Order Deadlines, the Court orders as follows:

IT IS HEREBY ORDERED that the Joint Agreed Motion is GRANTED. Plaintiff Rydex, Ltd. shall provide its responses and objections to the Defendants' First Set of Common Interrogatories by February 28, 2012. In addition, the dates in the September 9, 2011 Scheduling Order shall be revised as follows:

| No. | New Deadline | |
|---|---|---|
| 2 | 3/9/12 | Comply with P.R. 3-3 and 3-4: **Parties to serve preliminary invalidity contentions** and make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R.. 3-7. |
| | | Add any **inequitable conduct allegations** to pleadings. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| 3 | 3/16/12 | Comply with P.R. 4-1: **Parties' exchange of proposed terms and claim elements needing construction.** |
| 4 | 4/6/12 | Comply with P.R. 4-2: **Parties' exchange of preliminary claim constructions and extrinsic evidence.** |

|  |  **Privilege Logs** to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
|---|---|

The remaining dates in the Scheduling Order shall remain the same.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
Hon. Vanessa D. Gilmore
United States District Court Judge