IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 4:11-CV-00122 |
| | § | |
| FORD MOTOR COMPANY, et al., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to an agreement between Plaintiff Rydex, Ltd. ("Rydex") and Defendant Saab Cars North America, Inc. ("Saab") and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Rydex and Saab hereby stipulate, by and through their undersigned counsel, to dismissal without prejudice of all claims and counterclaims asserted between themselves in this matter. Rydex and Saab shall each bear their own respective costs and attorneys' fees in connection with these claims.

Dated:   February 17, 2012                            Respectfully submitted,

/s/ Stephen F. Schlather_____
**Edward W. Goldstein**
Texas Bar No. 08099500
egoldstein@gviplaw.com
Goldstein & Vowell LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: 713-877-1515
Fax: 713-877-1737

**Stephen F. Schlather**
Texas Bar No. 24007993
sschlather@cepiplaw.com
Collins, Edmonds Pogorzelski Schlather & Tower PLLC
1616 S. Voss Rd., Suite 125
Houston, TX 77057
Telephone: 713-364-2371
Fax: 832-415-2535

**ATTORNEYS FOR PLAINTIFF RYDEX, LTD.**


/s/ Jason R. Mudd_____
**Jason R. Mudd**
Admitted *Pro Hac Vice*
jmudd@shb.com
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547

**Matthew C. Broaddus**
Texas Bar No.:  24069423
S.D. Tex. Bar No.:  4610629
mbroaddus@shb.com
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas   77002-2911
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

**ATTORNEYS FOR DEFENDANT**

2

3

**SAAB CARS NORTH AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on February 17, 2012, in compliance with Civil Local Rule LR5 and the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases. All counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

      /s/ Jason R. Mudd_____
Attorney for Defendant
Saab Cars North America, Inc.