IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO: 4:11-CV-00122 |
| FORD MOTOR COMPANY, et al., | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## DISMISSAL ORDER WITHOUT PREJUDICE

Pursuant to a Stipulated Dismissal Without Prejudice filed by Plaintiff Rydex, Ltd. and Defendant Saab Cars North America, Inc., it is hereby ORDERED that all claims and counterclaims between Rydex, Ltd. and Saab Cars North America, Inc. in this case are dismissed without prejudice and Rydex, Ltd. and Saab Cars North America, Inc. shall each bear their own respective costs and attorneys' fees in connection with these claims.

SO ORDERED at Houston, Texas, this 21 day of February, 2012.

_____
United States District Judge