**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RYDEX, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO:  4:11-CV-00122 |
| | § | |
| FORD MOTOR COMPANY, et al., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT
THE EVIDENTIARY RECORD FOR _MARKMAN_**

Additional compelling evidence has recently come to light regarding the impropriety of Plaintiff Rydex, Ltd.'s ("Rydex") added dependent claims under 35 U.S.C. § 305 during reexamination of U.S. Patent No. 5,204,819 ("the '819 patent"), which the Court is currently considering as part of the _Markman_ proceedings in this case.[1]  Despite their efforts to obtain this evidence long ago, Defendants could not have submitted this evidence to the Court prior to the _Markman_ hearing in this case, as set forth below.  Accordingly, Defendants respectfully request permission from the Court to file the accompanying supplement to the _Markman_ evidentiary record. _See_ Ex. A, Defendants' Supplement.

The additional evidence comes from the recent deposition of Edmund J. Sease, former litigation counsel to Rydex, which took place on September 25, 2012 and for

---

[1] As set forth in Exhibit A, this additional evidence further confirms that claims 39 and 40 of the '819 patent were improperly added during reexamination: i) to provide enlarging coverage not provided in the claims as originally filed, ii) in contemplation of litigation, and iii) without consideration of the prior art to be disclosed in the reexamination.

which the transcript was released on October 15, 2012.[2]  While Mr. Sease had originally been served with a subpoena in this matter issued on January 25, 2012 (*see* Ex. B, Subpoena), Mr. Sease initially suggested that he had no involvement in the prosecution of the '819 patent (including its reexamination) and resisted the deposition from occurring. *See* Ex. C, Docket, Case No. 4:12-mc-00013-TJS (S.D. Iowa); Ex. D, Order.  Mr. Sease's resistance necessitated protracted motion practice in the U.S. District Court for the Southern District of Iowa.  *Id.*  This motion practice included responding to a motion to quash, participating in a hearing before the Court in Iowa, and filing a motion to enlarge the scope of Mr. Sease's deposition and document production to include '819 patent prosecution topics such as reexamination.  *See id.*; *see also* Ex. E, Resistance to Motion to Quash and Motion for Enlargement.  Once the Iowa court ordered his deposition, Mr. Sease agreed to a deposition date of August 15, 2012 in his Des Moines, Iowa office.  But due to unexpected health issues, Mr. Sease requested that his deposition be postponed to September 25, 2012.  Defendants took his deposition on that date and the transcript was released on October 15, 2012.  Defendants, therefore, had been unable to previously obtain and submit this evidence to the Court.

Pursuant to L.R. 7.1, Defendants have conferred with counsel for Rydex, who indicated that Rydex does not oppose inclusion of the Sease transcript in the record but nonetheless opposes Defendants' proposed submission (Ex. A).

For the reasons set forth above, Defendants respectfully request leave from the Court to file the accompanying supplement to the evidentiary record for the *Markman* proceedings in this case.  A proposed order is attached hereto as Exhibit F.

---

[2] Rydex would not be prejudiced by this supplementation because its counsel participated in the deposition and had the opportunity to question Mr. Sease.

Dated: November 5, 2012

Respectfully submitted,

/s/ Jason R. Mudd
Eric A. Buresh
State Bar No. 19895
Jason R. Mudd
State Bar No. 57850
ERISE IP, P.A.
6201 College Boulevard
Suite 300
Overland Park, Kansas 66211
(t) 913.777.5600
(f) 913.777.5601
eric.buresh@eriseip.com
jason.mudd@eriseip.com

*Counsel for Defendants Ford Motor
Company and Mazda Motor of America,
Inc. d/b/a Mazda North American
Operations.*

_____ /s/ _____
Joseph M. Beauchamp
Texas Bar No. 24012266
S.D. Texas Bar No. 24263
Anna E. Raimer
Texas Bar No. 24072868
S.D. Texas Bar No. 1148442
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2712
Telephone: (832) 239-3939
Facsimile:  (832) 239-3600
Email: jbeauchamp@jonesday.com
aeraimer@jonesday.com

*Counsel for Defendant American Honda Motor Co., Inc.*

_____/s/_____
Raymond A. Kurz
District of Columbia Bar No. 358544
Celine J. Crowson
District of Columbia Bar No. 436549A
Robert J. Weinschenk
New York State Bar No. 4491940
Hogan Lovells US LLP
Columbia Square, 555 Thirteenth St. NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
E-mail:
celine.crowson@hoganlovells.com
raymond.kurz@hoganlovells.com
robert.weinschenk@hoganlovells.com

Tom Bayko
Texas State Bar No. 01864500
Joshua James Newcomer
Texas State Bar No. 24060329
Hogan Lovells US LLP
700 Louisiana Street, Suite 4300
Houston, TX 77002-2712
Telephone: 713-632-1400
Fax: 713-632-1401
Email: tom.bayko@hoganlovells.com
Joshua.newcomer@hoganlovells.com

*Counsel for Defendants BMW of North
America, LLC, and Mercedes-Benz USA,
LLC*

_____ /s/ _____
Jeffrey K. Sherwood
Texas Bar No. 24009354
Frank C. Cimino, Jr.
District of Columbia 462406
Charles J. Monterio
District of Columbia 495483
Dickstein Shapiro LLP
1825 Eye St. NW
Washington, DC 20006
Telephone: (202) 420-3602
Facsimile: (202) 420-2201
E-mail: sherwoodj@dicksteinshapiro.com
ciminof@dicksteinshapiro.com
monterioc@dicksteinshapiro.com

*Counsel for Defendant Chrysler Group
LLC*

_____/s/_____

Charles Gorenstein
State Bar No. 28606
Ali M. Imam
State Bar No. 501304
Birch Stewart Kolasch and Birch LLP
2110 Gatehouse Rd., Suite 100 East
Falls Church, VA 22042
Telephone: (703) 205-8000
Facsimile: (703) 205-8050
E-mail: cg@bskb.com
ami@bskb.com

J. Chad Newton
State Bar No. 24041584
Jesse R. Pierce
Pierce &O'Neill, LLP
4203 Montrose Blvd.
Houston, TX 77006
Telephone: (713) 634-3606
Facsimile: (713) 634-3601
E-mail: cnewton@pierceoneill.com
jpierce@pierceoneill.com

*Counsel for Defendant Mitsubishi Motors
North America, Inc.*

_____ /s/
Jeffrey J. Cox
Jeffrey S. Patterson
Hartline Dacus Barger Dreyer LLP
6688 N. Central Expressway, Suite 1000
Dallas, TX 75206
Telephone: 214-346-2100
Facsimile:  214-369-2118
Email: jcox@hdbdlaw.com
jpatterson@hdbdlaw.com

*Counsel for Defendant Nissan North America, Inc.*

_____ /s/ _____

David J. Beck
Texas State Bar No. 00000070
Michael E. Richardson
Texas State Bar No. 24002838
Beck, Redden & Secrest, LLP
1221 McKinney, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
E-mail: mrichardson@brsfirm.com

Richard D. Kelly
State Bar No. 15024
Robert C. Mattson
State Bar No. 43568
Eric W. Schweibenz
State Bar No. 472519
John F. Presper
State Bar No. 422224
Lindsay J. Kile
State Bar No. 78686
Oblon, Spivak, McClelland,
   Maier & Neustadt, LLP
1940 Duke Street
Alexandria, VA 22314
Telephone: (703) 413-3000
E-mail: rkelly@oblon.com
rmattson@oblon.com
eschweibenz@oblon.com
jpresper@oblon.com
lkile@oblon.com

*Counsel for Defendants Subaru of
America, Inc., and Toyota Motor Sales
U.S.A., Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.3 on November 5, 2012.


\_\_\_\_ /s/ Jason R. Mudd_____
*Counsel for Defendants Ford Motor Company and Mazda Motor of America, Inc. d/b/a Mazda North American Operations*