IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § | |
| | § | |
| Plaintiff, | § | CAUSE NO.: 4:11-cv-0122 |
| | § | |
| v. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| ET AL. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Rydex, Ltd., and defendant, Chrysler Group LLC., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action asserted against Chrysler Group LLC WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| January 10, 2013 | Respectfully submitted, |
| By: ___/s/ Frank C. Cimino_____ | /s/ *Stephen F. Schlather* |
| Jeffrey K. Sherwood (Texas Bar No. 24009354) | Stephen F. Schlather – Lead Counsel |
| | Texas Bar No. 24007993 |
| Frank C. Cimino, Jr. (admitted pro hac vice) | John J. Edmonds |
| DICKSTEIN SHAPIRO LLP | Texas Bar No. 789758 |
| 1825 Eye St. NW | COLLINS, EDMONDS, SCHLATHER, |
| Washington, DC 20006 | TOWER & POGORZELSKI, PLLC |
| Tel:  (202) 420-2200 | 1616 S. Voss Road, Suite 125 |
| Fax:  (202) 420-2201 | Houston, Texas 77057 |
| ciminof@dicksteinshapiro.com | |
| sherwoodj@dicksteinshapiro.com | Telephone: (281) 501-3425 |
| | Facsimile: (832) 415-2535 |
| | sschlather@cepiplaw.com |
| Attorneys for Defendant Chrysler Group LLC | jedmonds@cepiplaw.com |
| | ATTORNEYS FOR PLAINTIFF |

                          Rydex, Ltd.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 10, 2013                                                   */s/ Stephen F. Schlather*
                                                                Stephen F. Schlather