# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § | |
| | § | |
| Plaintiff, | § | CAUSE NO.: 4:11-cv-0122 |
| | § | |
| v. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| ET AL. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Rydex, Ltd., and defendant, Mitsubishi Motors North America, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

January 11, 2013                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Charles Gorenstein* | /s/ *Stephen F. Schlather* |
| Charles Gorenstein | Stephen F. Schlather – Lead Counsel |
| (Admitted *Pro Hac Vice*) | Texas Bar No. 24007993 |
| cg@bskb.com | John J. Edmonds |
| Ali M. Imam | Texas Bar No. 789758 |
| (Admitted *Pro Hac Vice*) | COLLINS, EDMONDS, SCHLATHER, |
| ami@bskb.com | TOWER & POGORZELSKI, PLLC |
| BIRCH STEWART KOLASCH & BIRCH, LLP | 1616 S. Voss Road, Suite 125 |
| 8110 Gatehouse Road | Houston, Texas 77057 |
| Suite 100 East | |
| Falls Church, Virginia 22042 | Telephone: (281) 501-3425 |
| Ph. (703) 205-8000 Main | Facsimile: (832) 415-2535 |
| Fax (703) 205-8050 Fax | sschlather@cepiplaw.com |
| | jedmonds@cepiplaw.com |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |
| Mitsubishi Motors North America, Inc. | Rydex, Ltd. |

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 11, 2013                                            /s/ *Stephen F. Schlather*
                                                                             Stephen F. Schlather