IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § § | |
| Plaintiff, | § § | CAUSE NO.: 4:11-cv-0122 |
| v. | § § § | |
| FORD MOTOR COMPANY, ET AL. | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## ORDER

CAME ON THIS DAY for consideration of the Joint Motion for Dismissal With Prejudice of all claims asserted by plaintiff, Rydex, Ltd., against defendant, Chrysler Group LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Rydex, Ltd., against defendant, Chrysler Group LLC, are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Signed this 11 day of January, 2013.

_____
United States District Judge
Vanessa D. Gilmore