IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:11-cv-00122 |
| FORD MOTOR CO., ET AL., | § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rydex, Ltd. ("Rydex") and Defendant American Honda Motor Co., Inc. ("Honda") jointly stipulate as follows:

1.  Rydex dismisses with prejudice all claims against American Honda Motor Co., Inc. and further covenants not to sue Honda or any of Honda's affiliates based on allegations that activities related to the products accused by Rydex in this lawsuit infringe U.S. Patent No. 5,204,819 ("the '819 patent");

2.  Defendant American Honda Motor Co., Inc. dismisses without prejudice its counterclaims for invalidity and non-infringement of the '819 patent; and

3.  Rydex and Honda both agree to pay their own costs, attorneys' fees, and expenses incurred in connection with this lawsuit.

Rydex and Honda request that the Court enter the stipulation as an order, and dismiss Honda as a party to this lawsuit. A proposed order is attached.

Dated: January 15, 2013

Respectfully submitted,

    /s/                                
Edward W. Goldstein
Texas Bar No. 08099500
Goldstein Law LLP
710 N. Post Oak, Suite 350
Houston, TX 77024
Telephone: 713-877-1515
Fax: 713-877-1737
Email: egoldstein@gviplaw.com

Stephen F. Schlather
Texas Bar No. 24007993
Collins, Edmonds, Schlather, Tower &
Pogorzelski, PLLC
1616 S. Voss Rd., Suite 125
Houston, TX 77057
Telephone: 281-501-3425
Fax: 832-415-2535
Email: sschlather@cepiplaw.com

*Counsel for Plaintiff Rydex, Ltd.*

    /s/                                
Joseph M. Beauchamp
Texas Bar No. 24012266
S.D. Texas Bar No. 24263
Anna E. Raimer
Texas Bar No. 24072868
S.D. Texas Bar No. 1148442
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2712
Telephone: (832) 239-3939
Facsimile:  (832) 239-3600
Email: jbeauchamp@jonesday.com
aeraimer@jonesday.com

Joseph Melnik
State Bar No. 255601
JONES DAY
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Email: jmelnik@jonesday.com

*Counsel for Defendant American Honda Motor Co., Inc*.

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Joint Motion has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas on this 15th day of January, 2013, which provides for service on counsel of record of all parties in accordance with the electronic filing protocols in place.

/s/ Joseph M. Beauchamp
Joseph M. Beauchamp

ATTORNEY FOR DEFENDANT
AMERICAN HONDA MOTOR CO., INC.