IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYDEX, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:11-cv-00122 |
| § | |
| FORD MOTOR CO., ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

The Court, having considered the Joint Motion to Dismiss filed by Plaintiff Rydex, Ltd. ("Rydex") and Defendant American Honda Motor Company, Inc. ("Honda"), finds that the motion should be GRANTED. Accordingly, it is hereby ORDERED that:

1. All of Rydex's claims against Honda are dismissed with prejudice and this action is terminated with respect to Honda;

2. Honda's counterclaims against Rydex are dismissed without prejudice; and

3. Rydex and Honda shall each pay their own costs, attorneys' fees, and expenses incurred in connection with this lawsuit.

Signed this 16th day of January, 2013.

_____
Hon. Vanessa D. Gilmore
UNITED STATES DISTRICT JUDGE