IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § | Civil Action No. 4:11-cv-00122 |
| FORD MOTOR CO., ET AL., | | |
| Defendants. | | |

**JOINT MOTION TO DISMISS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rydex, Ltd. ("Rydex") and Defendant BMW of North America, LLC ("BMW") jointly stipulate as follows:

1. Rydex dismisses with prejudice all claims against BMW of North America, LLC and further covenants not to sue BMW or any of BMW's affiliates based on allegations that activities related to the products accused by Rydex in this lawsuit infringe U.S. Patent No. 5,204,819 ("the '819 patent");

2. Defendant BMW of North America, LLC dismisses without prejudice its counterclaims for invalidity and non-infringement of the '819 patent; and

3. Rydex and BMW both agree to pay their own costs, attorneys' fees, and expenses incurred in connection with this lawsuit.

Rydex and BMW request that the Court enter the stipulation as an order, and dismiss BMW as a party to this lawsuit. A proposed order is attached.

Dated: January 21, 2013                                             Respectfully submitted,

/s/ *Stephen F. Schlather*                                          /s/ *Raymont A. Kurz, Esq.*
Stephen F. Schlather                                                Raymond A. Kurz, Esq.
Texas Bar No. 24007993                                              Email: raymond.kurz@hoganlovells.com
Collins, Edmonds, Pogorzelski, Schlather &                          (admitted *pro hac vice*)
Tower, PLLC                                                         Celine Jimenez Crowson, Esq.
1616 S. Voss Rd., Suite 125                                         Email: celine.crowson@hoganlovells.com
Houston, TX 77057                                                   (admitted *pro hac vice*)
Telephone: 281-501-3425                                             Robert J. Weinschenk, Esq.
Fax: 832-415-2535                                                   Email: robert.weinschenk@hoganlovells.com
Email: sschlather@cepiplaw.com                                      (admitted *pro hac vice*)
                                                                    **HOGAN LOVELLS US LLP**
Edward W. Goldstein                                                 555 Thirteenth Street, NW
Texas Bar No. 08099500                                              Washington, DC 20004
Goldstein Law LLP                                                   Telephone: (202) 637-5600
710 N. Post Oak, Suite 350                                          Facsimile: (202) 637-5910
Houston, TX 77024
Telephone: 713-877-1515                                             Tom Bayko, Esq.
Fax: 713-877-1737                                                   Texas Bar No. 01864500
Email: egoldstein@gviplaw.com                                       Southern District ID No. 2815
                                                                    Email: tom.bayko@hoganlovells.com
                                                                    Joshua J. Newcomer, Esq
*Counsel for Plaintiff Rydex, Ltd.*                                 Texas Bar No. 24060329
                                                                    Southern District ID No. 1055393
                                                                    Email: joshua.newcomer@hoganlovells.com
                                                                    **HOGAN LOVELLS US LLP**
                                                                    700 Louisiana Street
                                                                    Suite 4300
                                                                    Houston, TX 77002
                                                                    Telephone: (713) 632-1400
                                                                    Facsimile: (713) 632-1401

                                                                    *Counsel for Defendant*
                                                                    *BMW of North America, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Agreed Motion has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas on this 21st day of January, 2013, which provides for service on counsel of record of all parties in accordance with the electronic filing protocols in place.

                                           /s/ *Stephen F. Schlather*
                                           Stephen F. Schlather