IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 4:11-cv-00122 |
| FORD MOTOR CO., ET AL., | | |
| Defendants. | | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rydex, Ltd. ("Rydex") and Defendant Mercedes-Benz USA, LLC ("MBUSA") jointly stipulate as follows:

1. Rydex dismisses with prejudice all claims against Mercedes-Benz USA, LLC and further covenants not to sue MBUSA or any of MBUSA's affiliates based on allegations that activities related to the products accused by Rydex in this lawsuit infringe U.S. Patent No. 5,204,819 ("the '819 patent");

2. Defendant Mercedes-Benz USA, LLC dismisses without prejudice its counterclaims for invalidity and non-infringement of the '819 patent; and

3. Rydex and MBUSA both agree to pay their own costs, attorneys' fees, and expenses incurred in connection with this lawsuit.

Rydex and MBUSA request that the Court enter the stipulation as an order, and dismiss MBUSA as a party to this lawsuit. A proposed order is attached.

Dated: January 21, 2013

Respectfully submitted,

/s/ *Stephen F. Schlather*
Stephen F. Schlather
Texas Bar No. 24007993
Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
1616 S. Voss Rd., Suite 125
Houston, TX 77057
Telephone: 281-501-3425
Fax: 832-415-2535
Email: sschlather@cepiplaw.com

Edward W. Goldstein
Texas Bar No. 08099500
Goldstein Law LLP
710 N. Post Oak, Suite 350
Houston, TX 77024
Telephone: 713-877-1515
Fax: 713-877-1737
Email: egoldstein@gviplaw.com

*Counsel for Plaintiff Rydex, Ltd.*

/s/ *Raymond A. Kurz, Esq.*
Raymond A. Kurz, Esq.
Email: raymond.kurz@hoganlovells.com
(admitted *pro hac vice*)
Celine Jimenez Crowson, Esq.
Email: celine.crowson@hoganlovells.com
(admitted *pro hac vice*)
Robert J. Weinschenk, Esq.
Email: robert.weinschenk@hoganlovells.com
(admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Tom Bayko, Esq.
Texas Bar No. 01864500
Southern District ID No. 2815
Email: tom.bayko@hoganlovells.com
Joshua J. Newcomer, Esq
Texas Bar No. 24060329
Southern District ID No. 1055393
Email: joshua.newcomer@hoganlovells.com
**HOGAN LOVELLS US LLP**
700 Louisiana Street
Suite 4300
Houston, TX 77002
Telephone: (713) 632-1400
Facsimile: (713) 632-1401

*Counsel for Defendant*
*Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Agreed Motion has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas on this 21st day of January, 2013, which provides for service on counsel of record of all parties in accordance with the electronic filing protocols in place.

/s/ *Stephen F. Schlather*
Stephen F. Schlather