IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RYDEX, LTD.,

                Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

                Defendants.

Case No. 4:11-CV-00122

## SCHEDULING ORDER

It is hereby **ORDERED**, after consideration of the parties' agreed submission, that the following schedule will apply in this case:

| Date | Event |
|---|---|
| March 13, 2013 | Parties to submit stipulation of non-infringement |
| April 18, 2013 | Defendants to file any motion(s) for fees/costs |
| May 10, 2013 | Plaintiff's response to Defendants' motion(s) for fees/costs |
| May 24, 2013 | Defendants' reply regarding motion(s) for fees/costs |
| June 7, 2013 | Plainff's sur-reply regarding motion(s) for fees/costs |
| To be set by Court | Hearing on Defendants' motion(s) for fees/costs |

SIGNED at Houston, Texas, this _____ day of _____, 2013.

_____
The Honorable Vanessa D. Gilmore
United States District Judge