IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § § | |
| Plaintiff, | § § | CIVIL ACTION NO.: 4:11-CV-122 |
| v. | § § § | |
| FORD MOTOR COMPANY, et al., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT P TO THEIR MOTION FOR RULE 11 SANCTIONS UNDER SEAL

Defendants Subaru of America, Inc. and Toyota Motor Sales U.S.A., Inc., Nissan North America, Inc., Ford Motor Company and Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("Defendants") file this Motion for Leave to File Exhibit P to their Motion for Rule 11 Sanctions Under Seal. In support of which, Defendants would respectfully show the Court as follows:

Defendants filed a Motion for Rule 11 Sanctions ("Motion") on April 5, 2013. [Dkt. No. 358] The document attached as Exhibit P to the Motion is confidential and was intended to be filed under seal. Defendants seek leave to have Exhibit P to the Motion placed under seal.

Plaintiff and Counter-Defendants Rydex, Ltd. and Michael Ryan ("Plaintiffs") are unopposed to this motion.

### PRAYER

Defendants request that they be granted leave to file exhibit P to their Motion for Rule 11 Sanctions under seal, and for such other and further relief to which they may show themselves justly entitled.

Dated: April 8, 2013

Respectfully submitted,

/s/ Eric W. Schweibenz
Michael E. Richardson
Texas Bar No. 24002838
Beck Redden, LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@beckredden.com

Richard D. Kelly
State Bar No. 15024
Robert C. Mattson
State Bar No. 43568
Eric W. Schweibenz
State Bar No. 472519
John F. Presper
State Bar No. 422224
Lindsay J. Kile
State Bar No. 78686
Oblon, Spivak, McClelland,
 Maier & Neustadt, LLP
1940 Duke Street
Alexandria, VA 22314
Telephone: (703) 413-3000
Email: rkelly@oblon.com
rmattson@oblon.com
eschweibenz@oblon.com
jpresper@oblon.com
lkile@oblon.com

*Counsel for Defendants Subaru of America, Inc. and Toyota Motor Sales U.S.A., Inc.*

/s/ Jeffrey S. Patterson
Jeffrey J. Cox
Jeffrey S. Patterson
Sean N. Hsu
Hartline Dacus Barger Dreyer LLP
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
Telephone: (214) 346-2100
Facsimile: (214) 369-2118
Email: jcox@hdbdlaw.com
jpatterson@hdbdlaw.com
shsu@hdbdlaw.com

*Counsel for Defendant*
*Nissan North America, Inc.*


/s/ Jason R. Mudd
Eric A. Buresch
State Bar No. 19895
Jason R. Mudd
State Bar No. 57850
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
eric.buresh@eriseip.com
Jason.mudd@eriselp.com

*Counsel for Defendants Ford Motor Company*
*and Mazda Motor of America, Inc. d/b/a*
*Mazda North American Operations*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CMECF system per local rule CV-5(a)(3) on this the 8th day of April, 2013.

/s/ Eric W. Schweibenz
Eric W. Schweibenz

## CERTIFICATE OF CONFERENCE

Counsel for Defendants have conferred with Counsel for Plaintiff regarding the relief requested herein, and Plaintiff is unopposed to such motion.

/s/ Eric W. Schweibenz
Eric W. Schwiebenz

US1DOCS 7462951v1