Case 4:11-cv-00122 Document 393 Filed in TXSD on 07/03/13 Page 1

United States District Court
Southern District of Texas
FILED
JUL 3 2013
David J. Bradley, Clerk of Court

Form 22

**FORM 22. Transcript Purchase Order**

# United States Court of Appeals for the Federal Circuit

Rydex, Ltd.

) Appeal from ☒ U.S. District Court for the SDTX
❏ Court of International Trade
❏ Court of Federal Claims

— VERSUS —

Ford Motor Company, et al

) TRIAL COURT NO. 4:11-cv-122
) CIRCUIT COURT NO. 13-1462

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcript is not needed for the appeal
(✓) A transcript is already on file
( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
(✓) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ DATE 2 JUL 13 COUNSEL FOR Plaintiff/Appellant Rydex, Ltd.
ADDRESS 1616 South Voss Road, Suite 125, Houston, Texas 77057
TELEPHONE (713) 364-2371

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

Signature and Date
Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date

Signature

146

Reset Fields