IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: 4:11-CV-122 |
| | § | |
| v. | § | |
| | § | |
| FORD MOTOR COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST TO RE-SUBMIT MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff, Rydex, Ltd., files this response to Defendants' Request to Re-Submit and states as follows:

(1) Appeals in this matter are not yet exhausted.  Rydex is presently considering whether to file either (a) a request for re-hearing with the Federal Circuit or (b) a petition for certiorari to the United States Supreme Court.  The deadline for filing a petition for certiorari (assuming a request for re-hearing is not filed) is May 19, 2015.

(2) Defendants concede that this Court's order denying Defendants' motions for costs and fees required "completion of the appeal or the plaintiff's abandonment of the appeal" prior to Defendants' re-urging any motions. Dkt. No. 384.  Here, Rydex's appeal has not yet been completed and has not been abandoned.  Accordingly, re-submission now of any of Defendants' motions would be premature.

(3) Plaintiff's counsel has met and conferred with counsel for Defendants Toyota Motor Sales

U.S.A., Inc., Subaru of America, Ford Motor Company, Mazda Motor of America, Inc. d/b/a Mazda North American Operations, and Nissan North America, Inc. (collectively, the "Defendants") regarding resolution of this issue and have agreed that submission of a briefing schedule which accounts for exhaustion of any further appellate proceedings would be appropriate.

(4) Accordingly, Rydex and the Defendants propose that the parties jointly submit a briefing schedule to the Court within the next two (2) weeks allowing for (a) the completion of any further appellate proceedings; (b) the resubmission of Defendants' motion for attorneys' fees and costs under 35 U.S.C. § 285 and this Court's inherent powers previously denied by the Court without prejudice; and (c) a suggested briefing schedule for Defendants' re-filed motion for attorneys' fees and costs under 35 U.S.C. § 285 and this Court's inherent powers.

DATED: March 13, 2015

        Respectfully submitted,

        /s/ *Stephen F. Schlather*
        Stephen F. Schlather
        Texas Bar No. 24007993
        COLLINS, EDMONDS, POGORZELSKI,
        SCHLATHER & TOWER PLLC
        1616 S. Voss Rd., Suite 125
        Houston, Texas 77057
        (713) 364-2371 – Telephone
        (832) 415-2535 – Facsimile

        ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 13, 2015.

/s/*Stephen F. Schlather*
Stephen F. Schlather